UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEK KOROTANIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01309-KJM-KJN<br><br><br>ORDER |

　　　　The court construes the letter filed by defendant Tek Korotania, ECF No. 7, who appears to be proceeding pro se, as his answer to plaintiff's complaint.

　　　　IT IS SO ORDERED.

DATED: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

1