UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEK KOROTANIA, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-01309-KJM-KJN<br><br><br>ORDER |

In an order filed by the court on July 15, 2019, a status conference was set for November 21, 2019, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. There was no appearance by Daniel Malakauskas at the November 21, 2019 conference.

Accordingly, plaintiff's counsel is ordered to show cause within seven (7) *calendar* days of this Order why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: December 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

1